UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BRIAN E. McDERMOTT
Plaintiff

                            6:11-CV-1059

v.

                            (MAD/ATB)

ZEBRA CICCONI and
DAVID A. STALLONE, Supt.,
Defendants




U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

SEP 26 2011

LAWRENCE K. BAERMAN, Clerk
UTICA

Brian E. McDermott
Plaintiff, pro se

The Plaintiff, McDermott, respectfully approaches the
court upon receipt and review of the Hon. Andrew T. Baxter's,
recommendation and report of the Plaintiff's complaintiff.
The Plaintiff McDermott humbly moves that he be allowed to
withdraw his complaint against the abovementioned defendants
Without Prejudice, in the event that the Plaintiff, McDermott,
may find a statute for which there was a violation, alledgedly,
that the Plaintiff, may then go forward with the possiblity
of professional legal cousel.

The Plaintiff, McDermott, appreciates the Magistrates, Andrew T.
Baxter's, understandinding and patience with Pro Se litigants
but had the Plaintiff had been able to afford legal counsel
the Plaintiff may not have filed in Federal court had he known he
would not hve jurisdiction for his complaint.

The Plaintiff, McDermott, again humbly and respectfully
moves to withdraw his complaint against the abovementioned
defendants, Cicconi and Stallone, without prejudice.

                                             Respectfully Submitted,

                                             Brian E. McDermott
                                             Plaintiff, Pro Se

                                             26 September 2011